## 6947.　REESE v. THE STATE.

WADE, J.　In the light of the entire record, there is no substantial merit in any of the special assignments of error; the evidence was sufficient to support the verdict, and the trial judge did not err in overruling the motion for a new trial.

　　　　　　　　　*Judgment affirmed. Russell, C. J., dissents.*

　　　　　　　　　DECIDED JANUARY 21, 1916.

Indictment for sale of liquor, etc.; from city court of Americus —Judge Harper. August 26, 1915.

*Wallis & Fort,* for plaintiff in error.

*J. R. Williams, solicitor-general,* contra.

RUSSELL, C. J., dissenting. The remark of the solicitor-general in the concluding argument, that the witnesses for the defendant were "the scums of the earth," in my opinion entitled the defendant to a mistrial, which was timely asked; especially in view of the fact that the record discloses that the court unduly circumscribed the investigation into the motives and interest of certain witnesses for the prosecution. See *Miller* v. *State,* 8 *Ga. App.* 540 (69 S. E. 922) ; *Pelham & Havana Railroad Co.* v. *Elliott.* 11 *Ga. App.* 621 (4) (75 S. E. 1062) ; *Knowles* v. *Dayries Rice Co.,* 10 *Ga. App.* 567 (73 S. E. 56) ; *Smith* v. *Rothschild,* 13 *Ga. App.* 293, 294, 298 (79 S. E. 88) ; *Manning* v. *State,* 13 *Ga. App.* 709 (79 S. E. 905).